```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-02015-LEW-DAD |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 23082 SAINT HELENA DRIVE, PENN VALLEY, CALIFORNIA, NEVADA COUNTY, APN: 02-530-21, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1      3.   The defendant real property is located in the city of
2 Penn Valley, in Nevada County, California;
3      4.   Plaintiff proposes that publication be made as follows:
4           a.   Four publications;
5           b.   In the following newspaper, a legal newspaper of
6 general circulation, located in the county in which the defendant
7 real property is located: <u>The Union</u>;
8           c.   The publication to include the following:
9                (1)   The Court, title and number of the action;
10               (2)   The date of posting of the real property;
11               (3)   The identity and/or description of the real
12 property posted;
13               (4)   The name, address, and telephone number of
14 the attorney for the Plaintiff;
15               (5)   A statement that claims of persons entitled
16 to possession or claiming an interest pursuant to Supplemental
17 Rule G(5) must be filed with the Clerk and served on the attorney
18 for the Plaintiff within 30 days after the date of publication;
19               (6)   A statement that answers to the Complaint or
20 a motion under Rule 12 of the Federal Rules of Civil Procedure
21 ("Fed. R. Civ. P.")  must be filed and served within 20 days
22 after the filing of the claims and, in the absence thereof,
23 default may be entered and condemnation ordered;
24               (7)   A statement that applications for
25 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
26 maritime liens or other interests shall be filed within the 30
27 days allowed for claims for possession; and
28 ///

(8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: Sept. 25, 2007             McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: October 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/USAvRealProperty2015.ord

3