```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT<br>23082 SAINT HELENA DRIVE,<br>PENN VALLEY, CALIFORNIA,<br>NEVADA COUNTY, APN: 02-530-21,<br>INCLUDING ALL APPURTENANCES<br>AND IMPROVEMENTS THERETO,<br><br>            Defendant. | 2:07-cv-02015-JAM-DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

   1.  This is a civil forfeiture action against certain real property located at 23082 Saint Helena Drive, Penn Valley, California, Nevada County, APN: 02-530-21 (hereafter "defendant real property"), and more fully described as:

>   THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF NEVADA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
>   Parcel C, as shown upon the Parcel Map for Kenneth Johnson, being a portion of the Northeast quarter of Section 11, Township 15 North, Range 6 East,

Final Judgment of Forfeiture

1

M.D.B. &M., filed in the office of the County Recorder of the County of Nevada on June 7, 1974, in Book 8 of Parcel Maps, at Page 51.

TOGETHER WITH easements for ingress, egress and utilities as shown in that certain document recorded on May 19, 1999, as Instrument No. 99-017563, Official Records, Nevada County Recorder.

APN: 02-530-21

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 26, 2007, seeking the forfeiture of the defendant real property, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7), as real property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841 *et seq.*

3. On October 15, 2007, the defendant real property was posted with a copy of the complaint and notice of complaint.

4. On October 31, November 7, 14, and 21, 2007, a Public Notice of Posting of the defendant real property appeared by publication in <u>The Union</u>, a newspaper of general circulation in the county in which the defendant real property is located (Nevada County).

5. In addition to the Public Notice of Posting having been completed, actual notice or attempted notice was acknowledged by the following:

    a. Jared Painter

    b. Carly Painter

6. The Painters filed a verified statement of interest and an answer alleging an interest in the defendant real property.

7. No other parties have filed claims or answers in this

Final Judgment of Forfeiture

matter and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That Claimants Jared Painter and Carly Painter will pay to the United States the sum of $30,000.00 (the "settlement amount") as the substitute *res* in lieu of the defendant real property within thirty (30) day from the date this stipulation is signed.

3. That Claimants Jared Painter and Carly Painter shall send a check for $30,000.00 made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. All right, title, and interest in said funds shall be substituted for the defendant real property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4. That Within thirty (30) days of full payment of the settlement amount, the United States shall record a withdrawal of lis pendens against the defendant real property.

5. That plaintiff United States of America and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Verified Complaint for Forfeiture *In Rem* and the posting

of the defendant real property with the Notice of Complaint and related documents.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Verified Complaint for Forfeiture *In Rem* and the posting of the defendant real property with the Notice of Complaint and related documents, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

6.  That pursuant to the stipulation of the parties, the Court finds that there was reasonable cause for the posting of the defendant real property and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.  All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 19th day of June, 2009.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed September 27, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting the defendant property with the notice of forfeiture.

DATED: June 19, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE